# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leah Amana Israel Knight, | ) | Case No. 4:14-cr-133 |
| | ) | |
| Defendant. | ) | |

On March 15, 2017, the court issued an order granting defendant's request for permission to travel to Huntsville, Alabama from May 11-13, 2017, so that she can attend her cousin's graduation and related events. On May 18, 2017, defendant filed a motion requesting that the court amend its order to permit to travel from May 10-14, 2017. The court **GRANTS** defendant's motion (Docket No. 127) and authorizes defendant to travel to Huntsville, Alabama, from May 10-14, 2017.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court